# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA GARCIA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>AAA LIFE INSURANCE COMPANY, a Michigan Corporation; and DOES 1 to 100, inclusive,<br><br>　　　Defendants.<br>_____ | CASE NO.: 13-CV-8094 JAK(JEMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>**JS-6** |

**IT IS HEREBY ORDERED**, that the above entitled matter shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

DATED: April 23, 2014　　　_____
　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

---
ORDER RE: STIPULATION FOR DISMISSAL